[Crim. No. 1629. First Appellate District, Division One.—April 8, 1931.]

In the Matter of the Application of HERMAN W. BRUNE for a Writ of Habeas Corpus.

Milton H. Silverberg for Petitioner.

No appearance for Respondent.

THE COURT.—*Habeas corpus.* Petitioner claims he is unlawfully imprisoned for failure to comply with an order requiring him to pay certain sums for the support and maintenance of his wife. He alleges that since the making of the order a disability to comply therewith has arisen. The petition is denied on the ground that no application for discharge has been first made in the court below. (Code Civ. Proc., sec. 1143; *In re Wilson*, 75 Cal. 580 [17 Pac. 698].)